# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COLUMBIA STATE BANK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 11-0345-CG-N |
| | ) |
| M/V LOST COAST EXPLORER, | ) |
| O.N. 522411, | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF PUBLICATION OF ACTION AGAINST AND ARREST OF THE LOST COAST EXPLORER, OFFICIAL NUMBER 522411

The United States Marshal, having arrested the vessel LOST COAST EXPLORER, Official Number 522411 (the "Vessel") on Thursday, June 30, 2011, and more than ten (10) days having elapsed since the execution of process against said Vessel without said Vessel having been released from warrant of arrest or claimed by anyone;

It is now, on the motion of Columbia State Bank, plaintiff, **ORDERED** that public notice of the action and arrest be given by the United States Marshal three (3) times a week for two (2) consecutive weeks in The Mobile Press-Register, a newspaper published in the territorial jurisdiction of the United States District Court for the Southern District of Alabama, Southern Division, to notify all persons who may have or claim any interest in or right against the Vessel that they must both file a verified statement pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims identifying the interest or right in the

United States District Court for the Southern District of Alabama, Southern Division, Mobile Alabama, within fourteen (14) days of the final publication date, and file an answer within twenty-one (21) days of filing their verified statement.

    **DONE and ORDERED** this 15th day of July, 2011.

                                              /s/  Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE